IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-01300-MDB

ACUITY, A MUTUAL INSURANCE COMPANY

    Plaintiff,

v.

BLUETHREAD SERVICES, LLC d/b/a PEAK VIEW ROOFING, LLC,
PEAK VIEW ROOFING CO.
JEFFREY PIERCE, and
TY SMITH

    Defendants.

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff, ACUITY, A Mutual Insurance Company ("Acuity"), by and through its attorney L. Kathleen Chaney with Lambdin & Chaney, LLP, makes the following disclosure:

1. Acuity identifies the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor:

    a. Plaintiff ACUITY, A Mutual Insurance Company is a citizen of Wisconsin with its principal place of business and incorporation in Wisconsin.

        i. Acuity does not have a parent company, and no publicly held corporation owns 10% or more of its stock.

1

DATED this 10th day of May, 2024.

                                 s/*L. Kathleen Chaney*
                                 L. Kathleen Chaney
                                 LAMBDIN & CHANEY, LLP
                                 4949 South Syracuse Street, Suite 600
                                 Denver, CO 80237
                                 (303) 799-8889
                                 Email:  kchaney@lclaw.net
                                 *Attorney for Acuity*