IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:24-cv-01300-MDB

ACUITY, A MUTUAL INSURANCE COMPANY

 Plaintiff,

v.

BLUETHREAD SERVICES, LLC d/b/a PEAK VIEW ROOFING, LLC,
PEAK VIEW ROOFING CO.
JEFFREY PIERCE, and
TY SMITH

 Defendants.

## NOTICE OF DISMISSAL – BLUETHREAD SERVICES, INC. d/b/a PEAK VIEW ROOFING, LLC

 Plaintiff, ACUITY, A Mutual Insurance Company ("Acuity"), by and through its attorney L. Kathleen Chaney with Lambdin & Chaney, LLP, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby dismisses Bluethread Services, Inc. d/b/a Peak View Roofing, LLC as follows:

 1. In consideration of its dismissal from this action, Bluethread Services, Inc. and Peak View Roofing, LLC [improperly designated as Bluethread Services, Inc. d/b/a Peak View Roofing, LLC] do not contest Plaintiff's requested relief seeking Declaratory Judgment, and have further agreed not to assert or pursue coverage for the claims asserted in the Underlying Action.

1

2. Bluethread Services, Inc. and Peak View Roofing, LLC are being provided a courtesy copy of this Notice to reflect the Parties' agreement.

3. Bluethread Services, Inc. and Peak View Roofing, LLC have not answered or otherwise appeared in this matter.

DATED this 2nd day of July, 2024.

                                              s/*L. Kathleen Chaney*
                                              L. Kathleen Chaney
                                              LAMBDIN & CHANEY, LLP
                                              4949 South Syracuse Street, Suite 600
                                              Denver, CO 80237
                                              (303) 799-8889
                                              Email: kchaney@lclaw.net
                                              *Attorney for Acuity*

# CERTIFICATE OF SERVICE

      I hereby certify that on this 2nd day of July, 2024, a true and correct copy of the foregoing **NOTICE OF DISMISSAL – BLUETHREAD SERVICES, INC. d/b/a PEAK VIEW ROOFING, LLC** was filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following e-mail addresses:

Jonathan D. Stine, Esq.
Nelson Boyle, Esq.
The Paul Wilkinson Law Firm, LLC
999 Jasmine Street
Denver, Colorado 80220
Telephone: 303-333-7285
FAX: 303-756-1878
E-mail: jonathan@pwlfllc.com; nelson@5280Appeals.com
*Attorney for Defendant Ty Smith*

Bluethread Services, Inc. and Peak View Roofing, LLC
c/o January Allen, Esq.
Galvanize Law
390 Union Blvd., Suite 200
Lakewood, CO 80228
jallen@galvanize.law

      *Printed copy with original signature on file at the office of Lambdin & Chaney, LLP*

      s/ *L. Kathleen Chaney*
      L. Kathleen Chaney, Esq.